UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| UNITED STATES OF AMERICA | ) DOCKET NO.: 1:92CR92 |
|---|---|
| v. | ) |
|  | ) **ORDER TO** |
| [1] McKINLEY LUTHER AIKENS | ) **DISMISS THE INDICTMENT** |
|  | ) |

Leave of Court is hereby granted for the dismissal of the Bill of Indictment in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshals Service, and the United States Attorney's Office.

Signed: January 6, 2017

Richard L. Voorhees
United States District Judge